**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILADELPHIA ASSOCIATION OF RETAIL DRUGGISTS, OLD BALTIMORE PIKE APOTHECARY, INC., T/A SOUTHERN CHESTER COUNTY PHARMACY; AND SMITH'S PHARMACY II, INC., D/B/A SMITH'S PHAYMACY, individually and on behalf of a class of those similarly situated,<br>　　　　　Plaintiff,<br>v.<br>GOODRX, INC.; GOODRX HOLDINGS, INC.; CVS CAREMARK CORPORATION; EXPRESS SCRIPTS, HOLDINGS COMPANY; MEDIMPACT HEALTHCARE SYSTEMS, INC.; and NAVITUS HEALTH SOLUTIONS LLC,<br>　　　　　Defendants. | Case No. 2:24-cv-11023-SPG-SK<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT [ECF NO. 29]** |

　　　　Before the Court is the Parties' Joint Stipulation to Extend Time to Respond to Plaintiff's Complaint (ECF No. 29 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1.    Defendants' time to answer, move, or otherwise respond in the Action is extended from the current deadline until forty-five (45) days after the later of: (i) the date upon which plaintiffs in the Related Actions have filed a consolidated complaint in any district or (ii) the date upon which the Judicial Panel on Multidistrict Litigation rules upon any newly filed motion to transfer and centralize (the "Extension Period");

2.    During the Extension Period, none of the Parties shall seek or be required to provide the disclosures or discovery contemplated by Federal Rules of Civil Procedure 26, 30, 31, 33, 34, or 36;

3.    The Stipulation does not constitute a waiver of any of the Parties' claims, rights, or defenses, including but not limited to the right to seek a further extension of Defendants' time to answer or otherwise respond to the Complaint or any other pleading filed by plaintiffs in any of the Related Actions;

4.    If Defendants answer, move, or otherwise plead with respect to a complaint in any of the Related Actions pending in any district, Defendants will concurrently answer, move, or otherwise plead with respect to the Complaint in this Action; and

5.    The Parties shall provide the Court with periodic Joint Status Reports every ninety (90) days, apprising the Court of any updates on the consolidation of the Related Actions.

**IT IS SO ORDERED.**

Dated: January 16, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE